# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only: |
| **Trustee** | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN  38101-1918 |
| **Assoc. Attorney** | | |

September 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    09-10442            Tony & Dawn Condon

To Whom It May Concern:

Enclosed please find check #**922967** in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Tony & Dawn Condon
                  17 Connecticut Ave.
                  Queensbury, NY 12804

RECEIVED
SEP 2 6 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

FILED
SEP 2 6 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY